IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART TRANSPORTATION, LLC                                        PLAINTIFF

VS.                          CASE NO. CV 07-5151

AMERICAN GLOBAL TRANSPORTATION
AND LOGISTICS LLC; WELLS FARGO
BUSINESS CREDIT, an operating division of
WELLS FARGO BANK, NATIONAL ASSOCIATION;
& JOHN DOES 1-167                                                   DEFENDANTS

### ORDER PERMITTING LIMITED DISCOVERY PRIOR TO RULE 26(F) CONFERENCE

IT IS HEREBY ORDERED that Plaintiff may propound limited interrogatories and requests for production to Separate Defendant American Global Transportation and Logistics LLC and Separate Defendant Wells Fargo Business Credit prior to the time limitations imposed by Rule 26 of the Federal Rules of Civil Procedure for the sole purpose of timely identifying John Does who may have an interest in the subject matter of this action and the *res* interplead and on deposit with the Court.

IT IS SO ORDERED, this 30th day of August 2007.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 30 2007

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK