Wal-Mart Transportation, LLC vs. American Global et al | Doc. 5

Case 5:07-cv-05151-RTD   Document 5   Filed 08/30/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART TRANSPORTATION, LLC                                      PLAINTIFF

VS.                           CASE NO. CV 07-5151

AMERICAN GLOBAL TRANSPORTATION
AND LOGISTICS LLC; WELLS FARGO
BUSINESS CREDIT, an operating division of
WELLS FARGO BANK, NATIONAL ASSOCIATION;
& JOHN DOES 1-167                                                 DEFENDANTS

### ORDER TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY

IT IS HEREBY ORDERED that the sum of Two Hundred Thirty-Two Thousand Three Hundred Sixty-Eight Dollars and 68/100 Cents ($232,368.68) be deposited into the registry of the United States District Court by Wal-Mart Transportation LLC, and shall be deposited into an interest-bearing account, or interest-bearing instrument, by the Clerk of the Court as soon as business allows, at the FIRST NATIONAL BANK of FORT SMITH, ARKANSAS, with said funds to remain so deposited or invested, with the interest earned, if any, to be reinvested with the principal, until further advised by the Court. The Clerk of the Court shall collect a fee equal to ten percent (10%) of the interest earned on the deposit pursuant to Public Law 100-459, Revised and effective December 1, 1990.

IT IS SO ORDERED, this 30th day of August 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 3 0 2007

_____, CLERK

BY DEPUTY CLERK

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE