```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

WAL-MART TRANSPORTATION, LLC                               PLAINTIFF

v.                          CASE NO. 07-5151

AMERICAN GLOBAL TRANSPORTATION
AND LOGISTICS, LLC, et al.                                DEFENDANTS

O R D E R

Now on this 17th day of December, 2007, there comes on for consideration Plaintiff's Motion for Extension of Time (Doc. 18) to perfect service on Separate Defendants American Global Transportation and Logistics, LLC and John Does 1-166. Plaintiff also moves the Court to postpone the issuance of its Final Scheduling Order.

For good cause shown and pursuant to Rule 4 (m) of the Federal Rules of Civil Procedure, Plaintiff's Motion for an Extension of Time is GRANTED. Plaintiff shall have sixty (60) days from the date of this Order to complete service on Separate Defendants. Further, the Court will postpone the issuance of its Final Scheduling Order for sixty (60) days or upon receipt of American Global's answer, whichever comes first.

IS SO ORDERED this 17th day of December, 2007.

> /s/ Robert T. Dawson
> Honorable Robert T. Dawson
> United States District Judge